■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE THOMAS, Appellant. [669 NYS2d 241] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered December 5, 1994, convicting him of assault in the first degree (two counts) and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The alleged error complained of by the defendant is unpreserved for appellate review (*e.g., People v Brown,* 203 AD2d 374; *People v Madera,* 198 AD2d 235; *People v Malloy,* 177 AD2d 511; *People v Ramos,* 166 AD2d 468; *People v Yaghnam,* 135 AD2d 763; *People v Daye,* 104 AD2d 1003; *People v Anderson,* 99 AD2d 560; *see also, People v Zimmerman,* 243 AD2d 747) and, in light of the quantity and quality of the evidence of guilt, we decline to review it in the exercise of our interest of justice jurisdiction (*see, People v Brown, supra; People v Madera, supra*). Mangano, P. J., Bracken, Copertino and Santucci, JJ., concur.